**Opinion filed November 5, 2009**



In The

# Eleventh Court of Appeals

_____

## No. 11-09-00199-CV

_____

## IN THE INTEREST OF A.L.S., A CHILD

**On Appeal from the 106th District Court**
**Gaines County, Texas**
**Trial Court Cause No. 09-03-15793**

### M E M O R A N D U M   O P I N I O N

S.L.P., mother of A.L.S, has perfected an appeal from the trial court's order affecting the parent-child relationship.  We dismiss the appeal.

S.L.P. did not file an affidavit of inability to pay court costs at the time she filed her notice of appeal.  Both the clerk of the trial court and the court reporter have informed this court in writing that S.L.P. has failed to make arrangements to pay for the appellate record.  On September 18, 2009, the clerk of this court wrote the parties notifying them of the situation and providing S.L.P. with an opportunity to cure this defect.  TEX. R. APP. P. 37.3.  There has been no response to the September 18 letter.

It appears that the failure to file the appellate record is due to S.L.P.'s actions.  Therefore, the appeal is dismissed for want of prosecution.  Rule 37.3(b).

November 5, 2009                                                            PER CURIAM

Panel consists of:  Wright, C.J.,
McCall, J., and Strange, J.